**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR02-00179-001-PCT-JAT |
| Plaintiff, | |
| vs. | **ORDER** |
| Eddie Scott, | |
| Defendant. | |

The defendant appeared in court with counsel. The defendant's probable cause hearing was submitted and detention hearing was held by defendant through defense counsel. The Court finds probable cause to believe the defendant violated the terms of his supervised release as set forth in the petition

IT IS ORDERED that the defendant is released on previously ordered supervised release conditions with the addition that;

1. You shall reside with your mother.

2. You shall contact your attorney by noon Friday of each week.

3. You shall appear in court as required.

DATED this 23rd day of June, 2011.

_____
Mark E. Aspey
United States Magistrate Judge